**Stuart B. Wolfe (SBN 156471)**
sbwolfe@wolfewyman.com
**Alice M. Dostálová (SBN 244513)**
amdostalova@wolfewyman.com
**WOLFE & WYMAN LLP**
**2175 N. California Blvd., Suite 415**
**Walnut Creek, California 94596-3579**
**Telephone: (925) 280-0004**
**Facsimile: (925) 280-0005**

**Attorneys for Defendant**
**NATIONAL CITY MORTGAGE CORPORATION**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. JURGENS, an individual, and SHERRI L. MORRIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL CITY MORTGAGE CO., a subsidiary of NATIONAL CITY BANK, and DOES 1-10,<br><br>Defendants. | Case No. 1:08-CV-01021-LJO-GSA<br><br>**STIPULATION AND ORDER TO SET ASIDE ENTRY OF DEFAULT ENTERED AGAINST DEFENDANT NATIONAL CITY MORTGAGE COMPANY** |

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiffs MICHAEL R. JURGENS and SHERRI L. MORRIS ("Plaintiffs"), and Defendant NATIONAL CITY MORTGAGE CO. ("NCMC") by and through their respective counsel of record herein, agree and stipulate as follows:

A. The subject matter of the above-captioned action ("Action") is the real property commonly known as 15591 26 Mile Rd., Oakdale, California, Stanislaus County Assessor's Parcel Number 002-001-061, and which is more particularly and legally described as follows:

> PARCEL 4 AS SHOWN ON THAT CERTAIN PARCEL
> MAP FILEDI N THE OFFICE OF THE RECORDER OF
> THE COUNTY OF STANISLAUS, STATE OF

1
**STIPULATION TO SET ASIDE DEFAULT**

CALIFORNIA ON JUNE 5 1994 IN BOOK 46 OF PARCEL MAPS, PAGE 61 (hereinafter "Subject Property").

B.   On or about August 20, 2008 a default was entered by the Court against NCMC.

C.   NCMC has good cause to set aside the default.

D.   On or about August 21, 2008 Plaintiffs, by and through their attorney agreed to set aside the default entered in this matter in consideration for NCMC's agreement not to conduct a foreclosure sale of the Subject Property during the pendency of the above entitled litigation in regard to the subject loan.

WHEREFORE, the parties to this action agree and stipulate as follows:

1.   The default entered against NCMC on August 20, 2008 be set aside.

2.   NCMC will not conduct a foreclosure sale of the Subject Property during the pendency of the above entitled litigation in regard to the subject loan.

3.   NCMC will file a response to Plaintiff's complaint within the time provided for by the Federal Rules of Civil Procedure, Rule 12(a) after the entry of the Court's Order on this Stipulation.

DATED:  September ___, 2008         WOLFE & WYMAN LLP


By:/s/_____
     STUART B. WOLFE
     ALICE M. DOSTÁLOVÁ
**Attorneys for Defendant**
**NATIONAL CITY MORTGAGE COMPANY**

DATED:  September ___, 2008         JV LAW


By:/s/_____
     JOHN W. VILLINES, ESQ.

**Attorneys for Plaintiffs**
**MICHAEL R. JURGENS and SHERRI L. MORRIS**

2
**STIPULATION TO SET ASIDE DEFAULT**
C:\windows\temp\notes101AA1\Stipulation to Set Aside Default.doc

**ORDER ON STIPULATION**

The Court having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS as follows:

    1.    The Clerk's Entry of Default against NCMC is VACATED;

    2.    NCMC shall not conduct a foreclosure sale on the Subject Property during the pendency of the above entitled litigation in regards to the subject loan ;

    3.    NCMC shall file its response to the Complaint within the time set forth in Federal Rules of Civil Procedure Rule 12(a) after the entry of this Order.

IT IS SO ORDERED.

Dated: __December 3, 2008_____          _____/s/ Lawrence J. O'Neill_____
                                                               UNITED STATES DISTRICT JUDGE