IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R JURGENS and SHERRI L. MORRIS,<br><br>        Plaintiffs,<br><br>  vs.<br><br>NATIONAL CITY MORTGAGE CO.,<br><br>        Defendant.<br>_____/ | CASE NO. CV F 08-1021 LJO GSA<br><br>**ORDER ON DEFENDANT'S MOTION TO DISMISS** (Doc. 14) |

On December 22, 2008, defendant National City Mortgage Company moved to dismiss plaintiffs' complaint, pursuant to Fed. R. Civ. P. 12(b)(6). Rather than oppose the motion, plaintiffs filed a first amended complaint on January 26, 2009, pursuant to Fed. R. Civ. P. 15(a). An amended complaint supercedes the original complaint, and this Court treats plaintiffs' original complaint as withdrawn. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). Accordingly, this Court:

1. DENIES as moot defendant's motion to dismiss plaintiffs' original complaint (Doc. 14); and

2. VACATES the February 2, 2009 hearing on the motion.

IT IS SO ORDERED.

**Dated:   January 26, 2009**          /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE